IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRADLEY BURCHFIELD                                                                                    PLAINTIFF

v.                                            Case No. 6:20-cv-6135

CHIEF ELROD                                                                                          DEFENDANT

## ORDER

Before the Court is a Report and Recommendation filed on July 12, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 49. Judge Bryant recommends that Plaintiff's Motion for Restraining Order (ECF No. 7) be denied.

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation (ECF No. 49) *in toto*. Accordingly, Plaintiff's Motion for Restraining Order (ECF No. 7) is hereby **DENIED**.

**IT IS SO ORDERED**, this 2nd day of September, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge