IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

BRADLEY BURCHFIELD                                                                                          PLAINTIFF

v.                                              Case No. 6:20-cv-6135

CHIEF ELROD                                                                                                      DEFENDANT

## ORDER

Before the Court is a Report and Recommendation issued on October 27, 2021, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 60.  Judge Bryant recommends that Defendant's Motion to Dismiss (ECF No. 56) should be granted and that Plaintiff's case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute his case, his failure to obey an Order of the Court, and his failure to comply with Local Rule 5.5(c)(2).

Plaintiff has not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon review, the Court adopts the Report and Recommendation (ECF No. 60) *in toto*.  Accordingly, Plaintiff's case is hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 30th day of November, 2021.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge